UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLINTON STRANGER,<br><br>                Plaintiff,<br><br>vs.<br><br>PARTNERS IN HOME CARE, INC. ET AL,<br><br>                Defendants. | Case No. CV-18-155-M-DLC-JCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Partners in Home Care is dismissed with prejudice and that EMAILMEFORM, LLC is dismissed without prejudice, and this action is dismissed in its entirety.

      Dated this 7th day of November, 2018.

                                TYLER P. GILMAN, CLERK

                                By: /s/ A. Puhrmann
                                A. Puhrmann, Deputy Clerk